Leo R. Davignon
27 Downing Drive
West Warwick, RI 02893-4511
August 13, 2002
PH. (401) 821-5101

Honorable Judge Arthur N. Votolato
United States Bankruptcy Court
District of Rhode Island
The Federal Center
380 Westminster Mall
Providence, RI 02903

RE:   Bankruptcy Proceeding No. 98-10444

Dear Judge Votolato:

    I received a file copy in the proceedings against William R. Brenner. Please be advised that both of my parents, Leo A. Davignon and Claire E. Davignon, have passed away. Enclosed, please find a copy of their death certificates and a copy of certificate of appointment making me, Leo R. Davignon, Executor of their affaires.

    Unfortunately I will be out of state on August 29, 2002. I realize that I am not required to attend the hearing, but I do want to keep abreast of any and all proceedings in this matter.

    Thank you in advance for your time and trouble.

Sincerely,

Leo R. Davignon
Executor

Enclosure

PC-3.3 (2/99)
formerly SW-49

QUALIFICATION DATE October 19, 2001

**STATE OF RHODE ISLAND**

COUNTY OF PROVIDENCE.

PROBATE COURT OF THE

TOWN OF CUMBERLAND.

Estate of (alias Leo Alfred) Leo A. Davignon resident decedent.

To: Leo R. Davignon of West Warwick

Name of Fiduciary

No. 5712

# CERTIFIED COPY - CERTIFICATE OF APPOINTMENT

You have qualified as:

(Check one):

[X] Executor        [ ] Guardian        [ ] Conservator
[ ] Administrator   [ ] Custodian       [ ] Receiver
                    [ ] Other _____

By the Court,

L. Jean Simoneau

Clerk (L. S.)

It does not appear from the record in this estate that the annexed letters which is a true copy of the original has been revoked.

October 19, 2001

Date Issued

Attest:

L. Jean Simoneau

Clerk